UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN NARANJO, | ) Civil No. 11-CV-2229-L (WVG) |
| Plaintiff, | ) ORDER FOLLOWING |
| | ) MANDATORY SETTLEMENT |
| v. | ) CONFERENCE; SETTING DATES |
| | ) FOR SETTLEMENT PROCESS |
| SBMC Mortgage, *et al.*, | ) |
| Defendants. | ) |

On June 20, 2013, this Court held a Mandatory Settlement Conference ("MSC") with all parties and counsel. Ms. Amanda Gray appeared on behalf of Plaintiff, and Mr. Allan Bareng appeared on behalf of Defendants. Ms. Carmen Naranjo, Plaintiff, and Mr. John Simionidis, a representative for Defendants, were also present in the undersigned's chambers. During the MSC, the parties settled this case, and the Court set a schedule for the parties to follow.

The parties shall comply with the following schedule:

1. On or before <u>June 27, 2013</u>, Defense counsel shall prepare the Settlement and Release Agreement and deliver the Agreement to Plaintiff's counsel.

2. On or before <u>July 10, 2013</u>, Plaintiff shall have reviewed and executed the Settlement and Release Agreement, and delivered the Agreement to Defense counsel. Counsel shall immediately meet and confer if any changes are needed to the Agreement.

     3.     On or before <u>July 24, 2013</u>, Defendants shall disburse payment to Plaintiff.

     4.     On or before <u>July 31, 2013</u>, the parties shall file a Joint Motion to Dismiss this case with prejudice.

     5.     A telephonic Settlement Disposition Conference is set for <u>August 2, 2013</u>, at <u>8:00 a.m.</u>  The Settlement Disposition Conference automatically will be vacated if a Joint Motion to Dismiss is filed on or before July 31, 2013.  If a Joint Motion is not filed by that date, the parties must be prepared to provide an explanation to the Court during the Conference.  Only counsel must participate and the Court will initiate the call.

IT IS SO ORDERED.

DATED:  June 21, 2013

                                              Hon. William V. Gallo
                                              U.S. Magistrate Judge